FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 JAN 16 AM 9:39

CLERK_____
S.D. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DWIGHT LADON ALLEN,

    Plaintiff,

vs.

PRESTON RHOVES, KATHERINE ZELLS, STEPHEN BERRY, CHARLENE SEARS, and DAVID RAINER, as Commissioners of Camden County, Georgia; STEPHEN KELLY, District Attorney; DIANNE DODDS, Assistant District Attorney; JOHN DOE Chief of Police; Officer WAYNE E. MAY; Officer JOHN WILLIAMS, and Officer BILAAL MUHAMMAD,

    Defendants.

CIVIL ACTION NO.: CV207-113

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report, wherein he recommended that Plaintiff's claims against Defendants Kelly, Dodds, Rhoves, Zell, Berry, Sears, and Rainer be dismissed. The Magistrate Judge, in reaching his determination, concluded that Plaintiff's allegations against these Defendants failed to set forth violations of Plaintiff's constitutional rights. In his Objections, Plaintiff makes unsupported allegations that Defendants Kelly and Dodds acted outside the scope of their positions as prosecuting attorneys and that Defendants Preston, Zells, Berry, Sears, and Rainer did not hire trained people, which caused him to suffer cruel and unusual punishment.

Plaintiff's Objections are without merit. Accordingly, the undersigned adopts the Report and Recommendation of the Magistrate Judge as the opinion of the Court. Plaintiff's claims against Defendants Kelly, Dodds, Rhoves, Zell, Berry, Sears, and Rainer are **DISMISSED**.

**SO ORDERED**, this 16th day of January, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA