IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
2009 MAR 19 PM 4:58
C. Robinson
CLERK
SO. DIST. OF GA.

DWIGHT LADON ALLEN,

    Plaintiff,

vs.

TIMOTHY HATCH, Chief of Police;
Officer WAYNE E. MAY; Officer
JOHN WILLIAMS, and Officer
BILAAL MUHAMMAD,

    Defendants.

CIVIL ACTION NO.: CV207-113

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **GRANTED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 19 day of March, 2009.

                  _____
                  JUDGE, UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF GEORGIA